1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11     GREGORY C. COATES,                      Case No.  20-7781-SVK

12                  Petitioner,

13            v.                               **ORDER OF TRANSFER**

14     GOVERNOR OF CALIFORNIA,

15                  Respondent.

16

17         Petitioner, a state prisoner at San Quentin State Prison, has filed a petition for a writ of

18     habeas corpus under 28 U.S.C. § 2254.  Petitioner challenges his state conviction from the

19     Superior Court of Riverside County.  Venue for a habeas petition is proper in either the district of

20     the confinement or the district of conviction.  *See* 28 U.S.C. § 2241(d). However, petitions

21     challenging a conviction or sentence are preferably heard in the district of conviction.  *See* Habeas

22     L.R. 2254-3(b)(1); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  Here, because

23     petitioner challenges a conviction from Riverside County, the Central District of California,

24     Eastern Division, is the district of conviction.

25         //

26         //

27         //

28

Case No. 20-7781 SVK (PR)
ORDER OF TRANSFER

United States District Court
Northern District of California

1     Accordingly, this case is **TRANSFERRED** to the United States District Court for the

2  Central District of California, Eastern Division.  *See* 28 U.S.C. § 1406(a).  The Clerk shall

3  terminate all pending motions and transfer the entire file to the Central District of California.

4     **IT IS SO ORDERED.**

5  DATED:  ___December 2, 2020___                     ~~Susan van Keul~~

6                                               SUSAN VAN KEULEN
                                                United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2