JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. COATES, | Case No. 5:20-cv-02507-DSF-AFM |
| Petitioner, | |
| v. | **JUDGMENT** |
| RON BROOMFIELD, Acting Warden, | |
| Respondent. | |

This matter came before the Court on the Petition of GREGORY C. COATES, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that (a) Petitioner's claim that he is entitled to a *Franklin* hearing is dismissed without prejudice, and (b) Petitioner's remaining claims are dismissed with prejudice.

DATED: May 7, 2021

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE